

NUMBERS 13-08-00112-CV
13-08-00728-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF C.W., A CHILD

On appeal from the 156th District Court
of San Patricio County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Chad Weachter, father of C.W., attempts to appeal a judgment terminating the parental rights of the mother of C.W., M.H., entered on February 6, 2008, in the 156th District Court of San Patricio County, Texas, in cause number S-07-5506-FL-B. The judgment entered on February 6, 2008, severed the case of Chad Weachter, and assigned it cause number S-07-5506-FL-B-1.

On October 21, 2008, the Clerk of this Court notified appellant that the notice of appeal bears the incorrect cause number, S-07-5506-FL-B, and that the correct cause number is S-07-5506-FL-B-1. Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if proper notice of appeal was not filed in the trial court within ten days from the date of receipt of this Court's letter, the matter would be referred to the Court for further action. To date, no response has been received from appellant.

Given that appellant, Chad Weachter, was not a party to the judgment entered on February 6, 2008, in cause number S-07-5506-FL-B, his appeal is ordered SEVERED and will be docketed in this Court under cause number 13-08-00728-CV. The appeal of M.H., will remain under the cause number 13-08-00112-CV and proceed in due course.

Appellant, Chad Weachter, has failed to amend the notice of appeal within the time prescribed by this Court. *See* TEX. R. APP. P. 25.1(f), 37.1. The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal in cause number 13-08-00728-CV is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 8th day of January, 2009.

2